UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHWEST CONNECTICUT, : : : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. 3:00 CV 287 (CFD) |
| DONALD MCGUINNESS : : | |
| Defendant. : | FEBRUARY 11, 2004 |

### STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Northwest Connecticut and Defendant Donald McGuinness agree to dismiss the Complaint as against Defendant Donald McGuinness pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

PLAINTIFF – CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHWEST CONNECTICUT

By _____
    Burton B. Cohen – ct00273
    Kari L. Olson - ct19481

Murtha Cullina LLP
Cityplace I
185 Asylum Street
Hartford, Connecticut  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
E-mail: bcohen@murthalaw.com
        kolson@murthalaw.com
Its Attorneys

DEFENDANT – DONALD MCGUINNESS

By_____
    Donald McGuinness

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid, on this 19th day of February 2004 to:

Donald McGuiness
6 Creamery Road
New Milford, Connecticut 06776

                                              _____
                                              Burton B. Cohen – ct00273