FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 19 P 3:27

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHWEST CONNECTICUT, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 3:00 CV 287 (CFD) |
| DONALD MCGUINNESS | : | |
| Defendant. | : | FEBRUARY 11, 2004 |

STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Northwest Connecticut and Defendant Donald McGuinness agree to dismiss the Complaint as against Defendant Donald McGuinness pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

PLAINTIFF - CHARTER
COMMUNICATIONS ENTERTAINMENT I,
LLC d/b/a CHARTER COMMUNICATIONS
OF NORTHWEST CONNECTICUT

By _____
Burton B. Cohen – ct00273
Kari L. Olson - ct19481

Murtha Cullina LLP
Cityplace I
185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
E-mail: bcohen@murthalaw.com
        kolson@murthalaw.com
Its Attorneys

DEFENDANT – DONALD
MCGUINNESS

By _____
Donald McGuinness   2/11/04

Approved and so ordered.
Chat F. Dny U.S.D.J. 3/4/04

FILED 2004 MAR -2 A 52